UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIA TIEU,

                Plaintiff,

-against-

NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION, WINTHROP HOYT and RACHEL LOEB, in their individual and professional capacities,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/22/2022_

21 Civ. 5951 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letter filed on March 21, 2022. ECF No. 32. Accordingly, the case management conference scheduled for March 28, 2022, is ADJOURNED to **May 31, 2022**, at **10:40 a.m.**

    SO ORDERED.

Dated: March 22, 2022
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge