UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIA TIEU,

                Plaintiff,

-against-

NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION, WINTHROP HOYT and RACHEL LOEB, in their individual and professional capacities,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/2/2022_

21 Civ. 5951 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for September 7, 2022, is ADJOURNED *sine die*. The Court shall set a new date for the case management conference in due course.

    SO ORDERED.

Dated: September 2, 2022
       New York, New York

                                        ANALISA TORRES
                                  United States District Judge