UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIA TIEU,

                Plaintiff,

   -v-

NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION, WINTHROP HOYT, in his individual and professional capacities, and RACHEL LOEB, in her individual and professional capacities,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 5951 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic conference held today, September 14, 2022, the Court orders as follows:

1. The fact discovery deadline is extended to **Friday, October 21, 2022**.

2. By **Friday, September 16, 2022**, Defendants shall provide to Plaintiff the dates on which the remaining seven witnesses whom Plaintiff seeks to depose are available to sit for their depositions before the end of fact discovery.

3. By **Friday, September 23, 2022**, Defendants shall produce to Plaintiff all complaints against Defendants Winthrop Hoyt or Rachel Loeb alleging: gender discrimination; race (Asian) discrimination; pregnancy discrimination; FMLA interference; or retaliation; and that were filed with NYCEDC's Human Resources department or EEO officer, from the date of Plaintiff's hire through present.

4. Plaintiff's request that the Court compel Defendants to provide contact information for all any non-party witnesses that were identified in Defendants' Interrogatory Responses but whom Defendants' counsel does not represent is DENIED.

5. Defendants' request that the Court compel Plaintiff to immediately provide an authorization to Defendants to obtain a copy of her EEOC charge against her previous employer is DENIED WITHOUT PREJUDICE to renewal following the EEOC's response to Defendants' FOIA request.

Dated:  New York, New York
        September 14, 2022

                                            SO ORDERED.

                                            _____
                                            SARAH L. CAVE
                                            United States Magistrate Judge