UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIA TIEU,<br><br>                    Plaintiff,<br><br>    -v-<br><br>NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION, WINTHROP HOYT, in his individual and professional capacities, and RACHEL LOEB, in her individual and professional capacities,<br><br>                    Defendants. | CIVIL ACTION NO.: 21 Civ. 5951 (AT) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the in-person discovery conference held today, November 22, 2022, the Court orders as follows:

1. Defendants' renewed request that the Court compel Plaintiff to provide an authorization to Defendants to obtain a copy of her EEOC charge against her previous employer (the "EEOC Charge") (ECF No. 54; see ECF No. 45) is GRANTED.  By **Friday, December 2, 2022**, Defendants shall prepare and provide to Plaintiff's counsel the appropriate forms and/or requests to submit to obtain a copy of the EEOC Charge (the "EEOC Request").

    a. Within seven (7) calendar days of receipt of the EEOC Request from Defendants, Plaintiff shall execute the EEOC Request.

2. A settlement conference scheduling order shall be issued in due course.

The Clerk of Court is respectfully directed to close ECF No. 54.

Dated:     New York, New York             SO ORDERED.
           November 22, 2022

                                           _____
                                           **SARAH L. CAVE**
                                           **United States Magistrate Judge**