# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

LIA TIEU,

                Plaintiff,                           21 **CIVIL** 5951 (AT)

    -v-                                         **JUDGMENT**

NEW YORK CITY ECONOMIC
DEVELOPMENT CORPORATION,
WINTHROP HOYT and RACHEL LOEB, in
their individual and professional capacities,

                Defendant.

-----------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 12, 2024, Defendants motion for summary judgment is GRANTED. Accordingly the case is closed.

**Dated:** New York, New York

      February 13, 2024

                                                                      RUBY J. KRAJICK
                                                                       Clerk of Court

                               **BY:** _____

                                                                    **Deputy Clerk**